IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOAN M. HIMMEL,

    Plaintiff(s)

vs.

MOTHER'S STORES, INC., et al.,

    Defendant(s)

Civil Action No. AMD 00 CV 1507

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 14 A 8:35
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

JUL 31 2000

✓ FEE PAID

____ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Stephen D. Shawe__ Esquire a member of the Bar of this court, moves the admission of __Frederic A. Mendelsohn__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Dan Howard Industries, Inc. and Mother's Stores, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Illinois__

and/or the following United States Court(s): __United States District Court of the Northern District of Illinois__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| Shawe & Rosenthal, LLP | Schoenberg, Fisher, Newman & Rosenberg, Ltd. |
| 20 South Charles Street | 222 South Riverside Plaza, Suite 2100 |
| Address | Address |
| Baltimore, Maryland 21201 | Chicago, Illinois 60606-6101 |
| 410/752-1040 | 312/648-2300 |
| Office phone number | Office phone number |
| 410/752-8861 | 312/648-1212 |
| Fax number | Fax number |
| 01776 | |
| Md. U. S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Aug 14, 2000          *signature*
Dated                                   Judge, U. S. District Court