```
                                    FILED
                               U.S. DISTRICT COURT
                              DISTRICT OF MARYLAND

                              2000 AUG 30  P 1: 30
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| JOAN M. HIMMEL | : |
| Plaintiff, | : |
| v. | : Civil Action No.: AMD 00 CV 1507 |
| MOTHER'S STORES, INC., et al., | : **Hon. Andre M. Davis** |
| Defendants. | : |

## ORDER

Having considered Defendant's Motion to Dismiss Count II of Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6), NO Opposition having been filed, it is

ORDERED that Defendant's Motion BE and HEREBY IS GRANTED and Count II of Plaintiff's complaint BE and HEREBY is DISMISSED WITH PREJUDICE.

Dated: 8/30, 2000

_____
Andre M. Davis
United States District Court Judge

Enter.

Copies to Counsel of Record

59546