IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOAN M. HIMMEL | * | |
|     Plaintiff | * | |
| vs. | * | |
| MOTHER'S STORES, INC., et al | * | Civil Action No.: AMD 00 CV 1507 |
|     Defendant | * | **Honorable Andre M. Davis** |

*  *  *  *  *  *  *  *  *  *  *  *

**ORDER**

Upon consideration of the Motion for Leave to Strike Appearance, it is this 28th day of Nov. 2000, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the appearance of Nathan D. Willner and the Law Offices of Willner & Associates, P.A., counsel for the Defendant is hereby stricken.

                                        Andre M. Davis, Judge
                                        U.S. District Court for the District of Maryland

CC:    Nathan D. Willner, Esq.
        9 Center Place
        Second Floor
        Baltimore, MD 21222

        Joan M. Himmel
        1507 Deleware Court
        Finksburg, MD 21048

        Frederic A. Mendelsohn, Esq.
        222 South Riverside Plaza, Suite 2100
        Chicago, IL 60606