UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-0820

___FILED ___ENTERED
___LODGED ___RECEIVED

November 29, 2000

NOV 29 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

MEMORANDUM TO COUNSEL RE: Himmel v. Mother's Stores, Inc.
Civil. No. AMD 00-1507

This will acknowledge Mr. Shawe's letter dated November 28, 2000.

While I do not automatically grant a motion to withdraw in employment discrimination cases, in this instance I concluded that the motion should be granted forthwith.

This does not mean, of course, that defendants will be prejudiced in any way. Of necessity, the scheduling order will have to be modified and plaintiff will have to be given an opportunity to obtain new counsel (as she will be advised by a notice to her from the clerk which is issued whenever counsel are permitted to withdraw).

I appreciate the defendants' concern that this action seems to benefit a plaintiff who fails to cooperate in discovery, even with her own counsel, and may also inconvenience out-of-state counsel. Nevertheless, fairness to both Mr. Willner and plaintiff, as well as defendants, must be accommodated.

Once the 30-day period for plaintiff to retain new counsel has expired, I expect to set a new discovery deadline.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

