## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
**ANDRE M. DAVIS**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-08

December 13, 2000

FILED            ENTERED
LODGED            RECEIVED

DEC 1 3 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

MEMORANDUM TO COUNSEL AND MS. HIMMEL RE:

Himmel v. Mother's Stores, Inc.,
Civil No. AMD 00-1507

I have received the attached letter from the plaintiff.

Ms. Himmel should understand that she has thirty days within which she is to obtain a new attorney and to have that attorney enter his or her appearance in this case. If she is not able to obtain counsel within that period, then she will be expected to represent herself. **Until she obtains an attorney, she must always send a copy of any letter or other document she sends to the court to counsel for defendants**.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

Dec. 8, 2000

The Honorable Andre M. Davis
U.S. District Court
for the District of Md.
101 W. Lombard St. Room 520
Baltimore, Md. 21201

Re: Civil case # AMD-00-CV-1507

Dear Judge Davis,
    Our attorney, Nathan Willner has walked away from our case. We did not know until the attorney from the opposite side, sent us a letter (a copy) of the letter addressed to the court. His letter reached us on the 28th of Nov. We recieved a copy of your correspondence, to Nathan Willner on the 6th of Dec. 2000.
    We are asking the Court for a 90 day extension, due to the fact, that at this time of the year, It is impossible for us to find an other attorney to represent us.
    I would like to thank you for your consideration of our request.
    Looking forward to hearing your discission.

                        Yours Truly,
                        Joan M. Himmel