IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOAN M. HIMMEL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMB 00 CV-1507 |
| MOTHER'S STORES, INC., d/b/a MOTHER TIME | * | Honorable Andre M. Davis |
| and | * | |
| DAN HOWARD INDUSTRIES, INC. | * | |
| Defendants | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties to this case hereby agree that the lawsuit should be dismissed with prejudice. The parties further agree that each party should bear its own costs.

**MOTHER'S STORES, INC. d/b/a MOTHER TIME and DAN HOWARD INDUSTRIES, INC.**

By _____
Stephen D. Shawe, Bar No. 01776
SHAWE & ROSENTHAL, LLP
20 South Charles Street
Baltimore, MD 21201
p: (410) 752-1040
f: (410) 752-8861

Date: 5/23/01

Joan M. Himmel

_____

Date: 05/30/01

SO ORDERED by the Court this 12th day of June, 2001.

_____
Honorable Andre M. Davis